**ROBERT FABELA, CITY ATTORNEY**
**MOSES W. JOHNSON, IV – State Bar No. 118769**
Assistant City Attorney
200 S. Anaheim Boulevard, Suite 356
Anaheim, CA  92805
(714) 765-5169 / (714) 765-5123 [Fax]
mjohnson@anaheim.net

**STEVEN J. ROTHANS – State Bar No. 106579**
**JILL WILLIAMS – State Bar No. 221793**
**CARPENTER, ROTHANS & DUMONT**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / jwilliams@crdlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN VINCENT VALENZUELA, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF ANAHEIM, an entity; CITY OF ANAHEIM POLICE DEPARTMENT; RAUL QUEZADA, individually and as Chief of Police; DANIEL WOLFE; WOOJIM JUN and Does 1 through 10, individually as peace officers, inclusive, <br><br> Defendants. <br><br> AND ALL RELATED ACTIONS. | Case No.:  SACV17-00278 CJC (DFMx) <br><br> **INDEX OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> [Filed concurrently with Notice of Motion and Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law] <br><br> DATE:  February 11, 2019 <br> TIME:   1:30 p.m. <br> COURTROOM: 7C <br><br> Discovery cut-off:  November 23, 2018 <br> Pre-trial conf.:  March 25, 2019 <br> Trial:  April 2, 2019 |

COME NOW Defendants City of Anaheim, Chief Raul Quezada, Sergeant Daniel Gonzalez, Officer Daniel Wolfe and Officer Woojin Jun hereby submit the following Index of Evidence in support of their Motion for Summary Judgment, or in the alternative, Partial Summary Judgment:

1

# INDEX OF SUPPORTING EVIDENCE

Portions of Deposition Transcript of Witness Valentina Moya ............. Exhibit A

Declaration of Supervisor John Carter ................................................. Exhibit B

    Audio Recording of Enia Moya 911 Call to APD ............... Exhibit B-1
    Audio Recording of APD Dispatch Communications ......... Exhibit B-2
    APD Computer Aided Dispatch ("CAD") Report ............... Exhibit B-3

Portions of Deposition Transcript of Officer Woojin Jun ..................... Exhibit C

Portions of Deposition Transcript of Officer Daniel Wolfe .................. Exhibit D

Portions of Deposition Transcript of Sergeant Daniel Gonzalez .......... Exhibit E

Portions of Deposition Transcript of Sergeant Dustin Ciscel ................ Exhibit F

First Amended Complaint (SACV17-2094) .......................................... Exhibit G

Portions of Deposition Transcript of Dr. Aruna Singhania ................... Exhibit H

Declaration of Officer Daniel Gonzalez ................................................. Exhibit I

    Officer Gonzalez's Body Worn Camera (BWC) Footage .... Exhibit I-1

Declaration of Officer Dustin Ciscel ...................................................... Exhibit J

    APD Policy 300 entitled "Use of Force" ............................. Exhibit J-1
    APD Taser Policy (Policy 309.5) ......................................... Exhibit J-2

Declaration of Officer Woojin Jun ........................................................ Exhibit K

    Officer Jun's Body Worn Camera (BWC) Footage ............. Exhibit K-1

Declaration of Officer Daniel Wolfe ...................................................... Exhibit L

    Officer Wolfe's Body Worn Camera (BWC) Footage ........ Exhibit L-1

///

Declaration of Jill Williams .................................................................... Exhibit M

DATED: January 2, 2019        CARPENTER, ROTHANS & DUMONT LLP

By:    /s/ Jill Williams
_____
Steven J. Rothans
Jill Williams
Attorneys for Defendants