

# EXHIBITS
# "B-1, B-2, B-3, I-1, K-1, L-1"