1  Garo Mardirossian, Esq., #101812 (garo@garolaw.com)
2  Lawrence D. Marks, Esq., #153460 (Lmarks@garolaw.com)
   **MARDIROSSIAN & ASSOCIATES, INC.**
   *A Professional Law Corporation*
3  6311 Wilshire Boulevard
   Los Angeles, CA  90048-5001
4  Telephone (323) 653-6311
   Facsimile (323) 651-5511
5  Attorneys for Plaintiffs VINCENT VALENZUELA
   and XIMENA VALENZUELA
6
   Douglas A. Linde, SBN 217584 (dal@lindelaw.net)
7  Erica Allen Gonzales, SBN 234922 (eag@lindelaw.net)
   **THE LINDE LAW FIRM**
8  9000 Sunset Boulevard, Ste. 1260
   Los Angeles, California   90069
9  Telephone (310) 203-9333
   Facsimile (310) 203-9233
10 Attorneys for Plaintiff FERMIN VINCENT VALENZUELA

11              **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13 FERMIN VINCENT VALENZUELA,      ) Case No.: SACV17-0278 CJC (DFMx)
                                   ) Consolidated For All Purposes With
14              Plaintiff,         ) SACV17-2094 CJC (DFMx)
                                   )
15      vs.                        ) **MOTION IN LIMINE #9**
                                   )
16 CITY OF ANAHEIM, et al.         ) **PLAINTIFFS NOTICE OF MOTION**
                                   ) **AND MOTION IN LIMINE #9 TO**
17              Defendants.        ) **PROHIBIT DEFENDANTS FROM**
                                   ) **CLAIMING THAT NOBODY HAS**
18 ─────────────────────────────── ) **EVER BEEN INJURED BY THE**
                                   ) **ANAHEIM POLICE**
19 VINCENT VALENZUELA and          ) **DEPARTMENT'S USE OF THE**
   XIMENA VALENZUELA by and        ) **CAROTID RESTRAINT HOLD**
20 through their guardian PATRICIA  ) **BEFORE**
   GONZALEZ and as successor in interest)
21 to FERMIN VINCENT VALENZUELA    ) Pretrial Conf.: March 25, 2019
   II, deceased,                   ) Time:          3:00 p.m.
22              Plaintiffs,        ) Courtroom:     7C
                                   )
23      vs.                        )
                                   )
24 CITY OF ANAHEIM, et al.,        )
                                   )
25              Defendants.        )
                                   )
26                                 )
                                   )
27                                 )
                                   )
28 ─────────────────────────────── )

                                   1
─────────────────────────────────────────────────────────────
MOTION IN LIMINE #9 TO PRECLUDE EVIDENCE OF OTHER USES OF THE CAROTID

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THIS HONORABLE COURT, PLEASE TAKE NOTICE THAT** on March 25, 2019, at 3:00 p.m. in the above-referenced court, Plaintiffs will and do hereby move for an order to preclude the Defendants from presenting evidence or argument that "with the exception of the claims made by the plaintiffs in this case, no subject has ever been injured by the APD officer's application of the carotid restraint hold."  See Motion for Summary Judgment p. 2:25-27.

Plaintiffs move to exclude this evidence following the Local Rule 16-2 conference of counsel that took place on February 19, 2019, and during several follow-up conversations thereafter.

Plaintiffs base this motion on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Lawrence D. Marks in Support of Plaintiffs' Motions in Limine and Exhibits attached thereto, any Reply in Support of Plaintiffs' Motion in Limine; Plaintiffs' [Proposed] Order, any argument raised at the hearing on this motion, and all other pleadings and papers on file with this honorable court.

Dated:  February 25, 2019    **MARDIROSSIAN & ASSOCIATES, INC.**

By: _____ /s/ Lawrence D. Marks _____
Lawrence D. Marks, Esq.
Attorneys for Plaintiffs VINCENT VALENZUELA, and XIMENA VALENZUELA by and through their guardian ad litem, PATRICIA GONZALEZ

Dated:  February 25, 2019    **THE LINDE LAW FIRM**

By: _____ /s/ Douglas A. Linde _____
Douglas A. Linde, Esq.
Erica Allen Gonzales, Esq.
Attorneys for Plaintiff
FERMIN VINCENT VALENZUELA

2
MOTION IN LIMINE #9 TO PRECLUDE EVIDENCE OF OTHER USES OF THE CAROTID

## **MEMORANDUM OF POINTS AND AUTHORITIES**

This is a civil rights wrongful death case wherein the defendant officers used a neck restraint on the decedent, killing him.

During the litigation of this case, Defendants have stated that "with the exception of the claims made by the plaintiffs in this case, no subject has ever been injured by the APD officer's application of the carotid restraint hold." See Motion for Summary Judgment p. 2:25-27.

By and through the instant Motion, Plaintiffs seek to preclude Defendants from presenting such evidence and/or argument to the jury.

First, this is irrelevant. Whether other people were or were not injured by the carotid restraint hold before has no bearing on the issue in this case which is whether the defendants used excessive force on the decedent. Accordingly, this evidence must be excluded on the grounds that it is not relevant to any issue in this case (FRE 401).

Second, any probative value of such evidence is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, and wasting time (FRE 403). Accordingly, this evidence must be excluded on this basis as well.

Third, Defendants will not be able to lay the foundation for any such evidence. The only persons who might be able to testify as to these issues would be the officer who applied the carotid restraint hold, an officer who observed it, or the subject on the receiving end of it. Defendants will not present the testimony of any such witnesses.

Accordingly, Plaintiffs request the Court exclude any and all evidence and/or argument that "with the exception of the claims made by the plaintiffs in this case, no subject has ever been injured by the APD officer's application of the carotid restraint hold." See Motion for Summary Judgment p. 2:25-27.

MOTION IN LIMINE #9 TO PRECLUDE EVIDENCE OF OTHER USES OF THE CAROTID

1

2   Dated:  February 25, 2019          **MARDIROSSIAN & ASSOCIATES, INC.**

3

4                                           _____/s/ Lawrence D. Marks_____
                                      By:  Lawrence D. Marks, Esq.
5                                          Attorneys for Plaintiffs VINCENT
                                           VALENZUELA, and XIMENA
6                                          VALENZUELA by and through their
                                           guardian ad litem, PATRICIA GONZALEZ
7

8   Dated:  February 25, 2019          **THE LINDE LAW FIRM**

9

10                                      By:  _____/s/ Douglas A. Linde_____
11                                          Douglas A. Linde, Esq.
                                           Erica Allen Gonzales, Esq.
12                                          Attorneys for Plaintiff
                                           FERMIN VINCENT VALENZUELA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION IN LIMINE #9 TO PRECLUDE EVIDENCE OF OTHER USES OF THE CAROTID