1 | **ROBERT FABELA, CITY ATTORNEY**
**MOSES W. JOHNSON, IV – State Bar No. 118769**
2 | **Assistant City Attorney**
**200 S. Anaheim Boulevard, Suite 356**
3 | **Anaheim, CA 92805**
**(714) 765-5169 / (714) 765-5123 [Fax]**
4 | mjohnson@anaheim.net

5 | **STEVEN J. ROTHANS – State Bar No. 106579**
**JILL WILLIAMS – State Bar No. 221793**
6 | **CARPENTER, ROTHANS & DUMONT LLP**
**500 S. Grand Avenue, 19th Floor**
7 | **Los Angeles, CA 90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
8 | srothans@crdlaw.com / jwilliams@crdlaw.com

9 | Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| FERMIN VINCENT VALENZUELA | ) Case No. SACV17-00278 CJC (DFMx) |
|---|---|
| Plaintiff, | ) **AMENDED NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE EVIDENCE, ARGUMENT OR TESTIMONY OF SUBSEQUENT REMEDIAL MEASURES TAKEN BY THE APD FOLLOWING VALENZUELA'S DEATH (DKT. 110)** |
| vs. | |
| CITY OF ANAHEIM, an entity; CITY OF ANAHEIM POLICE DEPARTMENT; RAUL QUEZADA, individually and as Chief of Police; DANIEL WOLFE; WOOJIN JUN and Does 1 through 10, individually as peace officers, inclusive, | **Motion in Limine #1** |
| | **Prior Hearing:** |
| Defendants. | Date: March 25, 2019 |
| | Time: 3:00 p.m. |
| | Location: 7C |
| AND ALL RELATED ACTIONS. | **New Hearing:** |
| | Date: October 21, 2019 |
| | Time: 3:00 p.m. |
| | Location: 7C |
| | Discovery Cut-Off: November 23, 2018 |
| | Pre-Trial Conf.: October 21, 2019 |
| | Trial: November 12, 2019 |

PLEASE TAKE NOTICE that on **October 21, 2019**, at 3:00 p.m. in Courtroom 7C of the United States District Court, located at 350 West First Street,

- 1 -
AMENDED NOTICE – DEFENDANTS' MOTION IN LIMINE #1

Los Angeles, California 90012, Defendants City of Anaheim, Sergeant Daniel Gonzalez, Officer Woojin Jun and Officer Daniel Wolfe will and hereby do move this Court for an order excluding the following evidence, argument or testimony:

(1) Any recommendations made by the Office of Independent Review regarding the carotid restraint control hold;

(2) Training received by any APD officer concerning the carotid restraint control hold after the Valenzuela incident; and,

(3) Any change in APD policies or training concerning the carotid restraint hold and/or bar arm choke after the incident.

This motion is made on the grounds that any such evidence is inadmissible as subsequent remedial measures, irrelevant and would unfairly prejudice the defendants at the time of trial. See FED. R. EVID. 401, 403, 407.

This motion follows a pre-filing conference of counsel under Local Rule 7-3, which occurred on February 19, 2019.

This motion is based upon this Notice of Motion and Motion, the prior Notice of Motion and all accompanying Memorandum of Points and Authorities (Dkt. 110), the Declaration of Jill Williams, any matters of which the Court may take judicial notice, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court.

DATED: September 23, 2019                CARPENTER, ROTHANS & DUMONT

                                         By: /s/ Jill Williams
                                         _____
                                         Steven J. Rothans
                                         Jill Williams
                                         Attorneys for Defendants