# **EXHIBIT 1**

FERMIN VINCENT VALENZUELA vs CITY OF ANAHEIM, ET AL.
Gary Michael Vilke, M.D. on 03/07/2019

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                        - - -

 4
    FERMIN VINCENT VALENZUELA,      )
 5                                  )
                 Plaintiff,         )
 6                                  )
         vs.                        ) No.: SACV17-0278 CJC
 7                                  )      (DFMx)
    CITY OF ANAHEIM, et al.,        )
 8                                  )
                 Defendants.        )
 9  _____)

10  (Full caption on second page.)

11

12

13              VIDEOTAPED DEPOSITION OF

14              GARY MICHAEL VILKE, M.D.

15                ANAHEIM, CALIFORNIA

16              THURSDAY, MARCH 7, 2019

17

18

19

20

21

22

23  HUSEBY GLOBAL LITIGATION

24  REPORTED BY:  KIMBERLY KREBS, CSR NO. 10432

25  FILE NO.:  231543
```

1  foundation.
2        THE WITNESS:  I guess what do you mean by
3  "speak out"?  I've given talks on how to evaluate, how
4  to look at neck holds, and, you know, the relative
5  safety of the carotid restraint.  But I don't think I've
6  spoke out in favor of it, like publicly going and
7  speaking other than maybe if I'm asked in a deposition
8  or at trial.  I guess that's a -- if you count that as
9  speaking out -- I mean, I'm not sure what your --
10     Q.  BY MR. MARKS:  When you've -- when you've
11  talked about the relative safety of the carotid
12  restraint hold, what have you said?
13        MR. ROTHANS:  Overbroad.
14        THE WITNESS:  I said a properly placed carotid
15  restraint hold is a safe procedure, and in, you know,
16  the right circumstances.  You wouldn't do it to a
17  90-year-old necessarily, because of the things we talked
18  about earlier.  But in an otherwise healthy person, it's
19  been used in martial arts for -- you know, for
20  centuries, actually.  And if placed properly and used
21  correctly, it should render somebody unconscious safely
22  if it's going to be successful and be safe otherwise.
23     Q.  BY MR. MARKS:  When somebody is struggling and
24  resisting, would you agree that it's more difficult to
25  apply a proper carotid restraint hold?

FERMIN VINCENT VALENZUELA vs CITY OF ANAHEIM, ET AL.
Gary Michael Vilke, M.D. on 03/07/2019

```
 1                    REPORTER'S CERTIFICATE

 2

 3           I, KIMBERLY KREBS, CSR No. 10432, a Certified

 4   Shorthand Reporter, certify:

 5           That the foregoing proceedings were taken

 6   before me at the time and place therein set forth, at

 7   which time the witness was put under oath by me;

 8           That the testimony of the witness and all

 9   objections made at the time of the examination were

10   recorded stenographically by me and were thereafter

11   transcribed;

12           That the foregoing is a true and correct

13   transcript of my shorthand notes so taken.

14           I further certify that I am not a relative or

15   employee of any attorney or of any of the parties, nor

16   financially interested in the action.

17           I declare under penalty of perjury under the

18   law of the State of California that the foregoing is

19   true and correct.

20           Dated this 15th day of March, 2019.

21

22                              _Kim Krebs_
23                       _____

24                       KIMBERLY KREBS
                         CSR No. 10432
25
```