# EXHIBIT 2

**FERMIN VINCENT VALENZUELA vs CITY OF ANAHEIM, ET AL.**
**Joseph John Callanan on 03/06/2019**

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                          - - -

 4
    FERMIN VINCENT VALENZUELA,      )
 5                                  )
                   Plaintiff,       )
 6                                  )
         vs.                        ) No.: SACV17-0278 CJC
 7                                  )      (DFMx)
    CITY OF ANAHEIM, et al.,        )
 8                                  )
                   Defendants.      )
 9  _____)

10  (Full caption on second page.)

11
                    VIDEOTAPED DEPOSITION OF
12
                     JOSEPH JOHN CALLANAN
13
                      ANAHEIM, CALIFORNIA
14
                    WEDNESDAY, MARCH 6, 2019
15

16

17

18

19

20

21

22

23  HUESBY GLOBAL LITIGATION

24  REPORTED BY:  KIMBERLY KREBS, CSR NO. 10432

25  FILE NO.:  231543
```

**FERMIN VINCENT VALENZUELA vs CITY OF ANAHEIM, ET AL.**
**Joseph John Callanan on 03/06/2019**

```
 1      Q.  Got it.

 2          So you believe that a wrist lock is a

 3  potentially deadly hold?

 4          MR. ROTHANS:  Misstates the testimony; is

 5  argumentative as phrased.

 6          THE WITNESS:  I did not testify that it was.

 7      Q.  BY MR. LINDE:  Do you believe that a carotid

 8  control hold is a potentially deadly hold?

 9      A.  Yes.

10      Q.  Okay.  And do you believe that no matter how

11  careful an officer is, there is a risk of a subject

12  dying when a carotid restraint hold is used?

13          MR. ROTHANS:  Incomplete hypothetical; no

14  foundation; vague.

15          THE WITNESS:  There is a statistically rare

16  likelihood of a death in X number of applications, but

17  it's so low, as to not be foreseeable.

18      Q.  BY MR. LINDE:  Do you have any of those

19  statistics in terms of carotid deaths, or do you know

20  where we could find them?

21      A.  I've given the citations that I would recommend

22  to you, particularly Canadian model.  You might want to

23  research some of the martial arts literature, because

24  they talk about tens of thousands of applications, no

25  deaths, no serious injuries, no life-altering events.  I
```

**FERMIN VINCENT VALENZUELA vs CITY OF ANAHEIM, ET AL.**
**Joseph John Callanan on 03/06/2019**

 1  can tell you, from personal experience, having done it

 2  with hundreds and hundreds of law enforcement trainees

 3  and recruits, no death events.

 4      Q.  And so --

 5      A.  You can ask the City of Anaheim how many times

 6  they've used in the last 20 years, and I don't think

 7  they've had any death events.  So please understand that

 8  crossing the street is usually safe to do, but people

 9  die doing it.

10      Q.  Okay.  Is this the first death that you're

11  aware of that's alleged to have been caused by the

12  carotid restraint hold?

13      A.  No.

14      Q.  Can you tell me of any others?

15      MR. ROTHANS:  Call -- no foundation; calls for

16  speculation.

17      THE WITNESS:  Ones that come to my mind are

18  usually civilian-on-civilian violence, like a bar fight

19  or domestic violence, and there's upper body control

20  hold by one of the opponents, usually the assailant.

21  And because of lack of training, lethal purpose, a whole

22  bunch of reasons, you end up with a body that's been

23  strangled, either an airway-type strangled or a

24  complication of a collapsed, crushed trachea.  There are

25  other deaths in the world of law enforcement, and they

**FERMIN VINCENT VALENZUELA vs CITY OF ANAHEIM, ET AL.**
**Joseph John Callanan on 03/06/2019**

```
 1                         REPORTER'S CERTIFICATE

 2

 3           I, KIMBERLY KREBS, CSR No. 10432, a Certified

 4    Shorthand Reporter, certify:

 5           That the foregoing proceedings were taken

 6    before me at the time and place therein set forth, at

 7    which time the witness was put under oath by me;

 8           That the testimony of the witness and all

 9    objections made at the time of the examination were

10    recorded stenographically by me and were thereafter

11    transcribed;

12           That the foregoing is a true and correct

13    transcript of my shorthand notes so taken.

14           I further certify that I am not a relative or

15    employee of any attorney or of any of the parties, nor

16    financially interested in the action.

17           I declare under penalty of perjury under the

18    law of the State of California that the foregoing is

19    true and correct.

20           Dated this 14th day of March, 2019.

21

22

23    _____

24                     KIMBERLY KREBS
                       CSR No. 10432
25
```