```
ROBERT FABELA, CITY ATTORNEY
MOSES W. JOHNSON, IV – State Bar No. 118769
Assistant City Attorney
200 S. Anaheim Boulevard, Suite 356
Anaheim, CA 92805
(714) 765-5169 / (714) 765-5123 [Fax]
mjohnson@anaheim.net

STEVEN J. ROTHANS – State Bar No. 106579
JILL WILLIAMS – State Bar No. 221793
CARPENTER, ROTHANS & DUMONT
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / jwilliams@crdlaw.com

Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN VINCENT VALENZUELA, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>CITY OF ANAHEIM, an entity; CITY OF ANAHEIM POLICE DEPARTMENT; RAUL QUEZADA, individually and as Chief of Police; DANIEL WOLFE; WOOJIN JUN and Does 1 through 10, individually as peace officers, inclusive, <br><br>　　　　Defendants. <br><br>AND ALL RELATED ACTIONS. | Case No. SACV17-0278 CJC (DFMx) <br><br>**DEFENDANTS' WITNESS LIST** <br><br><br><br>Final Pre-Trial Conference <br>DATE: October 21, 2019 <br>TIME: 3:00 p.m. <br>COURTROOM: 9B <br><br>Discovery cut-off: November 23, 2018 <br>Pre-trial conf.: October 21, 2019 <br>Trial: November 12, 2019 |

COME NOW, Defendants City of Anaheim and Sergeant Daniel Gonzalez, Officer Woojin Jun and Officer Daniel Wolfe, and pursuant to Local Rule 16-5 and Federal Rules of Civil Procedure, Rule 26(a)(3)(A), hereby submit the following list of witnesses they intend to call at the trial of the above-entitled matter. The defendants reserve the right to amend and/or supplement this list.

1

DEFENDANTS' WITNESS LIST

1 | DATED: October 11, 2019  CARPENTER, ROTHANS & DUMONT LLP

By: /s/ Jill Williams
_____
Steven J. Rothans
Jill Williams
Attorneys for Defendants

| No. | Name | Address | Summary | Time Est. |
|---|---|---|---|---|
| 1. | Moya, Valentina | 2618 West Broadway<br>Anaheim, CA 92805 | This witness will testify about her observations of Fermin Vincent Valenzuela that led to the call for service to the Anaheim Police Department | 30 min. (direct) |
| 2. | Moya, Enia | 2618 West Broadway<br>Anaheim, CA 92805 | This witness will testify about her observations of Fermin Vincent Valenzuela and her call for service to the Anaheim Police Department | 15 min. (direct) |
| 3. | Wolfe, Officer Daniel | Anaheim Police Department<br>425 S. Harbor Boulevard<br>Anaheim, CA 92805 | Defendant Officer Wolfe will testify about his interaction with Fermin Vincent Valenzuela and his education, training and experience as a police officer | 3 hours (direct) |
| 4. | Jun, Officer Woojin | Anaheim Police Department<br>425 S. Harbor Boulevard<br>Anaheim, CA 92805 | Defendant Officer Jun will testify about his interaction with Fermin Vincent Valenzuela and his education, training and experience as a police officer | 3 hours (direct) |
| 5. | Gonzalez, Sgt. Daniel | Anaheim Police Department<br>425 S. Harbor Boulevard<br>Anaheim, CA 92805 | Defendant Sgt. Gonzalez will testify about his interaction with Fermin Vincent Valenzuela and his education, training and experience as a police officer | 3 hours (direct) |

| No. | Name | Address | Summary | Time Est. |
|---|---|---|---|---|
| 6. | Ciscel, Sgt. Dustin | Anaheim Police Department<br>425 S. Harbor Boulevard<br>Anaheim, CA 92805 | Sgt. Ciscel will testify about his education, training and experience as a police officer and the Anaheim Police Department's policies and training regarding use of force and the carotid restraint control hold | 1.5 hours (direct) |
| 7. | Callanan, Lt. Joe | Joe Callanan and Associates<br>785 Quintana Road – PMB #442<br>Morro Bay, CA  93442 | Lt. Callanan, a retired law enforcement officer, will offer his expert opinions concerning the police practices used by the officers during this incident | 2 hours (direct) |
| 8. | Vilke, Dr. Gary | 11582 Normanton Way<br>San Diego, CA 92131 | Dr. Vilke, a currently practicing emergency medicine doctor, will offer his expert opinions concerning Valenzuela's cause of death, the medical care and findings rendered after he was taken into custody, Valenzuela's health conditions, and the effects of the methamphetamine in his body at the time of the incident | 2 hours (direct) |
| 9. | Singhania, Dr. Aruna | Orange County Coroner's Office<br>1275 N. Berkeley Avenue<br>Fullerton, CA 92832 | Dr. Singhania, the medical examiner who conducted the autopsy of Valenzuela's body, will testify about her findings and conclusions during the autopsy | 1 hour (cross) |
| 10. | Estrada, Kelly | Orange County Coroner's Office<br>1275 N. Berkeley Avenue<br>Fullerton, CA 92832 | Investigator Estrada will testify about her role in the investigation following this incident and in connection with the autopsy | 15 min. (direct) |

| No. | Name | Address | Summary | Time Est. |
|---|---|---|---|---|
| 11. | Alcala, Norma | 707 N. Modena Street<br>Anaheim, CA | This witness, Valenzuela's aunt, will testify about Valenzuela's history and relationship with his family | 1.5 hours (cross) |
| 12. | Valenzuela, Fermin Vincent, Sr. | May be contacted through plaintiffs' counsel | This plaintiff, Valenzuela's father, will testify about issues bearing on his alleged damages | 1.5 hours (cross) |
| 13. | Gonzalez, Patty | May be contacted through plaintiffs' counsel | This witness, the mother and guardian ad litem of Valenzuela's two children, will testify about issues being on her children's alleged damages | 1.5 hours (cross) |
| 14. | Valenzuela, Vincent | May be contacted through plaintiffs' counsel | This plaintiff, Valenzuela's son, will testify about issues bearing on his damages | 20 min. (cross) |
| 15. | Valenzuela, Ximena | May be contacted through plaintiffs' counsel | This plaintiff, Valenzuela's daughter, will testify about issues bearing on her damages | 20 min. (cross) |
| 16. | Wellisch, Dr. David K. | University of California, Los Angeles Department of Psychiatry and Biobehavioral Sciences<br>760 Westwood Plaza, C8-849<br>Los Angeles, CA  90095 | Dr. Wellisch, a neuropsychologist, will testify about the effects of drug use on family dynamics and other issues addressed in his Rule 26 report | 1 hour (direct) |
| 17. | Shavelle, Dr. Robert | Life Expectancy<br>1439 17th Avenue<br>San Francisco, CA 94122-3402 | Dr. Shavelle, an expert in life expectancy, will testify about Valenzuela's life expectancy and other issues addressed in his Rule 26 report | 15 min. (direct) |

| No. | Name | Address | Summary | Time Est. |
|---|---|---|---|---|
| *The following witnesses will only be called if the need arises* | | | | |
| 18. | Adrian, Sgt. M.** [1] | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 19. | Alkhouli, Dr. Hassan* | West Anaheim Medical Center 3033 W. Orange Avenue Anaheim, CA 92804 | This witness may testify about the medical care, treatment and diagnosis of Valenzuela following the incident | 15 min. (direct) |
| 20. | Atkinson, Det. Joe* | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 21. | Baldwin, Russell* | Orange County Crime Lab 320 N. Flower Street Santa Ana, CA 92703 | This witness is a forensic toxicologist who may testify to the existence of various drugs and narcotics found in Valenzuela's blood | 10 min. (direct) |
| 22. | Becerra, Danny* | Orange County District Attorney's Office 401 W. Civic Center Drive Santa Ana, CA 92701 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 23. | Berry, Stan* | Orange County District Attorney's Office 401 W. Civic Center Drive Santa Ana, CA 92701 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 24. | Blair, Loria* | Orange County Crime Lab 320 N. Flower Street Santa Ana, CA 92703 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |

---

[1] Pursuant to Local Rule 16-5, an asterisk is placed next to the names of those witnesses the defendants will only call if the need arises.

| No. | Name | Address | Summary | Time Est. |
|---|---|---|---|---|
| 25. | Brower, Craig* | Orange County District Attorney's Office 401 W. Civic Center Drive Santa Ana, CA 92701 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 26. | Carney, Officer* | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 27. | Casassa, Nicholas* | Orange County Crime Lab 320 N. Flower Street Santa Ana, CA 92703 | This witness is a forensic toxicologist who may testify to the existence of various drugs and narcotics found in Valenzuela's blood | 10 min. (direct) |
| 28. | Chiles, Brian* | Taser / Axon 17800 N. 85th Street Scottsdale, AZ 85255 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 29. | Craig, Sgt. Steve* | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 30. | Cross, Officer Garrett* | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about his response to the scene and medical care and treatment provided to Valenzuela | 20 min. (direct) |
| 31. | Eck, Debra* | Orange County Crime Lab 320 N. Flower Street Santa Ana, CA 92703 | This witness is a forensic toxicologist who may testify to the existence of various drugs and narcotics found in Valenzuela's blood | 10 min. (direct) |
| 32. | Grasse, Tiffany* | Orange County Crime Lab 320 N. Flower Street Santa Ana, CA 92703 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |

| No. | Name | Address | Summary | Time Est. |
|---|---|---|---|---|
| 33. | Hill, Officer David* | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 34. | Hittesdorf, Lt. T.* | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 35. | Holford, Don* | Orange County District Attorney's Office 401 W. Civic Center Drive Santa Ana, CA 92701 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 36. | Horton, Valera* | Orange County Crime Lab 320 N. Flower Street Santa Ana, CA 92703 | This witness is a forensic toxicologist who may testify to the existence of various drugs and narcotics found in Valenzuela's blood | 10 min. (direct) |
| 37. | Hunter, Det. Ryan* | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 38. | Josephson, Dr. Lisa* | West Anaheim Medical Center 3033 W. Orange Avenue Anaheim, CA 92804 | This witness may testify about the medical care, treatment and diagnosis of Valenzuela following the incident | 15 min. (direct) |
| 39. | Kedzierski, Nancy* | Orange County Crime Lab 320 N. Flower Street Santa Ana, CA 92703 | This witness is a forensic toxicologist who may testify to the existence of various drugs and narcotics found in Valenzuela's blood | 10 min. (direct) |
| 40. | Kendrick, Mike* | Orange County District Attorney's Office 401 W. Civic Center Drive Santa Ana, CA 92701 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |

| No. | Name | Address | Summary | Time Est. |
|---|---|---|---|---|
| 41. | Lee, Travis* | Orange County Crime Lab<br>320 N. Flower Street<br>Santa Ana, CA 92703 | This witness is a forensic toxicologist who may testify to the existence of various drugs and narcotics found in Valenzuela's blood | 10 min. (direct) |
| 42. | Luiz, Alonzo* | Anaheim Fire Department<br>201 S. Anaheim Boulevard<br>Anaheim, CA 92805 | This witness may testify about his response to the scene and medical care and treatment provided to Valenzuela | 10 min. (direct) |
| 43. | Manalto, Fernando* | Orange County Crime Lab<br>320 N. Flower Street<br>Santa Ana, CA 92703 | This witness is a forensic toxicologist who may testify to the existence of various drugs and narcotics found in Valenzuela's blood | 10 min. (direct) |
| 44. | Mata, Dani* | Orange County Crime Lab<br>320 N. Flower Street<br>Santa Ana, CA 92703 | This witness is a forensic toxicologist who may testify to the existence of various drugs and narcotics found in Valenzuela's blood | 10 min. (direct) |
| 45. | Matsudaira, Tom* | Orange County Crime Lab<br>320 N. Flower Street<br>Santa Ana, CA 92703 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 46. | Maya, Gus* | Anaheim Police Department<br>425 S. Harbor Boulevard<br>Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 47. | Meekhof, Darryl* | Anaheim Fire Department<br>201 S. Anaheim Boulevard<br>Anaheim, CA 92805 | This witness may testify about his response to the scene and medical care and treatment provided to Valenzuela | 10 min. (direct) |
| 48. | Michaelson, Eric* | Anaheim Police Department<br>425 S. Harbor Boulevard<br>Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |

| No. | Name | Address | Summary | Time Est. |
|---|---|---|---|---|
| 49. | Milligan, Collin* | Orange County District Attorney's Office 401 W. Civic Center Drive Santa Ana, CA 92701 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 50. | Monsoor, James* | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 51. | Montez, Pedro* | Orange County District Attorney's Office 401 W. Civic Center Drive Santa Ana, CA 92701 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 52. | Moretti, Officer Kevin* | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 53. | Mundy, Sgt. Jeff* | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 54. | Neuhausen, Tyler* | Anaheim Fire Department 201 S. Anaheim Boulevard Anaheim, CA 92805 | This witness may testify about his response to the scene and medical care and treatment provided to Valenzuela | 10 min. (direct) |
| 55. | Nichols, Officer Ryan* | Anaheim Police Department 425 S. Harbor Boulevard Anaheim, CA 92805 | This witness may testify about his response to the scene and medical care and treatment provided to Valenzuela | 20 min. (direct) |
| 56. | Pareti, Kirk* | Orange County Crime Lab 320 N. Flower Street Santa Ana, CA 92703 | This witness is a forensic toxicologist who may testify to the existence of various drugs and narcotics found in Valenzuela's blood | 10 min. (direct) |

| No. | Name | Address | Summary | Time Est. |
|---|---|---|---|---|
| 57. | Perez, Shelly* | Orange County Crime Lab<br>320 N. Flower Street<br>Santa Ana, CA 92703 | This witness is a forensic toxicologist who may testify to the existence of various drugs and narcotics found in Valenzuela's blood | 10 min. (direct) |
| 58. | Poer, Officer* | Anaheim Police Department<br>425 S. Harbor Boulevard<br>Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 59. | Porretta, Alex* | 2913 W. Lynrose Drive<br>Anaheim, CA | This witness may testify about his observations at the scene of the incident | 10 min. (direct) |
| 60. | Putnier, Jeanne* | Orange County Crime Lab<br>320 N. Flower Street<br>Santa Ana, CA 92703 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 61. | Sahagun, Aide* | Orange County Crime Lab<br>320 N. Flower Street<br>Santa Ana, CA 92703 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 62. | Scott, Brittany* | Orange County Crime Lab<br>320 N. Flower Street<br>Santa Ana, CA 92703 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 63. | Smith, Kelli D.* | Orange County Crime Lab<br>320 N. Flower Street<br>Santa Ana, CA 92703 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 64. | Steenbergen, Michael* | Anaheim Fire Department<br>201 S. Anaheim Boulevard<br>Anaheim, CA 92805 | This witness may testify about his response to the scene and medical care and treatment provided to Valenzuela | 10 min. (direct) |
| 65. | Symon, Marc* | Anaheim Police Department<br>425 S. Harbor Boulevard<br>Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |

| No. | Name | Address | Summary | Time Est. |
|---|---|---|---|---|
| 66. | Tran, Jeannie* | Orange County Crime Lab<br>320 N. Flower Street<br>Santa Ana, CA 92703 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 67. | Trapp, Julissa* | Anaheim Police Department<br>425 S. Harbor Boulevard<br>Anaheim, CA 92805 | This witness may testify about their role in the investigation of this incident | 10 min. (direct) |
| 68. | Ungureanu, Officer Alexander* | Anaheim Police Department<br>425 S. Harbor Boulevard<br>Anaheim, CA 92805 | This witness may testify about his response to the scene and medical care and treatment provided to Valenzuela | 20 min. (direct) |
| 69. | Varney, Jessica* | Orange County Crime Lab<br>320 N. Flower Street<br>Santa Ana, CA 92703 | This witness is a forensic toxicologist who may testify to the existence of various drugs and narcotics found in Valenzuela's blood | 10 min. (direct) |
| 70. | Yanakawa, Robert* | Anaheim Fire Department<br>201 S. Anaheim Boulevard<br>Anaheim, CA  92805 | This witness may testify about his response to the scene and medical care and treatment provided to Valenzuela | 10 min. (direct) |