

FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| FERMIN VINCENT VALENZUELA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM, *et al.*,<br><br>Defendants.<br>_____<br>VINCENT VALENZUELA and XIMENA VALENZUELA by and through their guardian PATRICIA GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM, *et al.*,<br><br>Defendants. | Case No.: SACV 17-00278-CJC (DFMx), consolidated with SACV 17-02094-CJC (DFMx)<br><br>**PHASE I VERDICT FORM** |

-1-

# VERDICT FORM

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

**QUESTION 1:**

Did Officer Woojin Jun or Officer Daniel Wolfe use excessive or unreasonable force against Fermin Vincent Valenzuela Junior in violation of his constitutional rights under the Fourth Amendment?

|                       | YES | NO |
|-----------------------|-----|----|
| Officer Woojin Jun    | ✓   |    |
| Officer Daniel Wolfe  | ✓   |    |

*If you answered "YES" for either Officer, proceed to Question 2.*
*If you answered "NO" to both Officers, answer no further questions, proceed to the end, and sign and date the verdict.*

**QUESTION 2:**

Is Sergeant Daniel Gonzalez liable as a supervisory defendant for the unlawful actions of Officer Woojin Jun or Officer Daniel Wolfe?

     ✓  YES        _____ NO

*Proceed to Question 3.*

**QUESTION 3:**

Is the City of Anaheim liable for the actions of any of its defendant police officers based on an unlawful official policy, practice, or custom of the Anaheim Police Department?

    ✓ YES     _____ NO

*Proceed to Question 4.*

**QUESTION 4:**

Is the City of Anaheim liable for the actions of any of its defendant police officers based on the Anaheim Police Department's failure to train?

    _____ YES     ✓ NO

*Proceed to Question 5.*

**QUESTION 5:**

Did any of the defendant police officers act with a purpose to harm unrelated to legitimate law enforcement objectives in violation of Plaintiffs' substantive due process rights to familial relations under the Fourteenth Amendment?

|  | YES | NO |
|---|---|---|
| Officer Woojin Jun | | ✓ |
| Officer Daniel Wolfe | | ✓ |
| Sergeant Daniel Gonzalez | | ✓ |

*Proceed to Question 6.*

1 **QUESTION 6:**

3  Did any officer use unreasonable force and commit battery under state law?

|  | YES | NO |
|---|---|---|
| Officer Woojin Jun | ✓ | |
| Officer Daniel Wolfe | ✓ | |
| Sergeant Daniel Gonzalez | ✓ | |

*If you answered "YES" for any of the officers, answer Question 7.*
*If you answered "NO" for all of the officers, proceed to Question 8.*

**QUESTION 7:**

Was any officer's unreasonable force and battery a substantial factor in causing Fermin Vincent Valenzuela Junior's death?

|  | YES | NO |
|---|---|---|
| Officer Woojin Jun | ✓ | |
| Officer Daniel Wolfe | ✓ | |
| Sergeant Daniel Gonzalez | ✓ | |

*Proceed to Question 8.*

-4-

**QUESTION 8:**

Was any officer negligent under state law?

|  | YES | NO |
|---|---|---|
| Officer Woojin Jun | ✓ | |
| Officer Daniel Wolfe | ✓ | |
| Sergeant Daniel Gonzalez | ✓ | |

*If you answered "YES" for any of the officers, answer Question 9.*
*If you answered "NO" for all of the officers, proceed to Question 10.*

**QUESTION 9:**

Was any officer's negligence a substantial factor in causing Fermin Vincent Valenzuela Junior's death?

|  | YES | NO |
|---|---|---|
| Officer Woojin Jun | ✓ | |
| Officer Daniel Wolfe | ✓ | |
| Sergeant Daniel Gonzalez | ✓ | |

*Proceed to Question 10.*

**QUESTION 10:**

Was Fermin Vincent Valenzuela Junior also negligent during the incident in question?

___✓___ YES          _____ NO

*If you answered "YES," answer Question 11.*
*If you answered "NO," proceed to Question 13.*

**QUESTION 11:**

Was Fermin Vincent Valenzuela Junior's negligence a substantial factor in causing his death?

___✓___ YES          _____ NO

*If you answered "YES," answer Question 12.*
*If you answered "NO," proceed to Question 13.*

-6-

**QUESTION 12:**

What percentage of fault do you assign for negligence?

Officer Woojin Jun, Officer Daniel Wolfe, and/or Sergeant Daniel Gonzalez       85 %

Fermin Vincent Valenzuela Junior       15 %

Your total must equal 100%.

Proceed to Question 13.

**QUESTION 13:**

Did any of the defendant police officers violate Fermin Vincent Valenzuela Junior's rights under California Civil Code § 52.1?

|  | YES | NO |
|---|---|---|
| Officer Woojin Jun | ✓ |  |
| Officer Daniel Wolfe | ✓ |  |
| Sergeant Daniel Gonzalez | ✓ |  |

Please sign and date this form, and then return it to the Court.

Dated: Nov 18, 2019

Signed: [redacted]

Presiding Juror