UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Date: 11/20/19

Time: 10.10

Case No.: SACV 17-00278-CJC (DFMx)

Case Title: Fermin Vincent Valenzuela v. City of Anaheim et al

JURY NOTE NUMBER 3

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

What is the legal def
of "Society" from q263

DATE: 11/20/19    SIGNED: ███████
FOREPERSON OF THE JURY