FILED
CLERK, U.S. DISTRICT COURT

NOV 20 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FERMIN VINCENT VALENZUELA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ANAHEIM, *et al.*, <br><br> Defendants. | Case No.: SACV 17-00278-CJC (DFMx), consolidated with SACV 17-02094-CJC (DFMx) <br><br><br> **PHASE II VERDICT FORM** |
| VINCENT VALENZUELA and XIMENA VALENZUELA by and through their guardian PATRICIA GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ANAHEIM, *et al.*, <br><br> Defendants. | |

-1-

# VERDICT FORM

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

**QUESTION 1:**

What are Fermin Vincent Valenzuela Junior's survival damages for his loss of life and for his pre-death pain and suffering?

Loss of life: $ 3.6 Million

Pre-death pain and suffering: $ 6 Million

*Proceed to Question 2.*

**QUESTION 2:**

What are Vincent Valenzuela's damages for the past and future loss of Fermin Vincent Valenzuela Junior's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, and guidance?

$ 1.8 Million

*Proceed to Question 3.*

-2-

**QUESTION 3:**

What are Ximena Valenzuela's damages for the past and future loss of Fermin Vincent Valenzuela Junior's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, and guidance?

$ 1.8 Million

*Please sign and date this form, and then return it to the Court.*

Dated: NOV 20, 19

Signed: ████████████████████
　　　　　／Presiding Juror

-3-